## SCIENTIFIC INSTRUMENT COMPANY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

### No. 11672.

United States Court of Appeals
Sixth Circuit.
Feb. 19, 1953.

William C. Allee and G. Leslie Field, Detroit, Mich., for petitioner.

Charles W. Davis, Ellis N. Slack, Helen Goodner, L. W. Post and Melva M. Graney, Washington, D. C., for respondent.

Before ALLEN, McALLISTER, and MILLER, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon the transcript of the record, the briefs of the parties, and the argument of counsel in open court, and the court being duly advised,

Now, therefore, it is ordered, adjudged, and decreed that the decision appealed from be and is hereby affirmed, in accordance with the findings of fact and the opinion of the Tax Court. 17 T.C. 1253.

## Elizabeth M. PETCH, Petitioner on Review, v. COMMISSIONER OF INTERNAL REVENUE, Respondent on Review.

### No. 11825.

United States Court of Appeals
Sixth Circuit.
Feb. 14, 1953.

Ralph W. Barbier, Detroit, Mich., for petitioner.

H. Brian Holland and Charles W. Davis, Washington, D. C., for respondent.

PER CURIAM.

Upon consideration of the motion to docket and dismiss this cause, filed herein by the respondent on review, and it appearing that counsel for the petitioner on review has consented to the granting thereof;

It is ordered and adjudged that this cause be, and is hereby docketed and dismissed, without costs to any party.

It is further ordered that the Clerk of this Court is directed to transmit to the Clerk of the Tax Court of the United States at Washington, D. C., a certified copy of this order, and advise the respective parties of the action taken herein.